UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Dorian Byrd

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-MJ-8508

Defendant Dorian Byrd hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

/S/ Dorian Byrd
Defendant's Signature by perm. SSI
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dorian Byrd
Print Defendant's Name

_____
Defendant's Counsel's Signature

Steven D. Feldman
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/30/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge