March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Dorian Byrd,

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 517 (VLB) (___)

Defendant __Dorian Byrd_____ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ teleconference.,

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Dorian Byrd (by VLB)_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Dorian Byrd**
Print Defendant's Name

_/s/ Steven D. Feldman_____
Defense Counsel's Signature

**Steven D. Feldman**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

~~November 12, 2020~~  11/19/20
Date

_____
U.S. District Judge/~~U.S. Magistrate~~ Judge