March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Dorian Byrd

        Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY ~~VIDEOCONFERENCE~~ TELECONFERENCE

11/15/2~ 20-CR-517 (VLB)(__)

Defendant __Dorian Byrd__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~: teleconferencing

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

**X**  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

## Dorian Byrd
Print Defendant's Name

_____
Defense Counsel's Signature

## Steven D. Feldman
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~videoconferencing~~ teleconferencing technology.

_1/15/21_
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~