March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Dorian Byrd      ,
                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 517 (VLB)(__)

Defendant ___Dorian Byrd___ hereby voluntarily consents to participate in the following proceeding via videoconferencing or telephone:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of ictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Dorian Byrd (by VLB)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Dorian Byrd**
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

**Steven D. Feldman**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_6/28/21_
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~