UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.                                                                                            **ORDER**

DORIAN BYRD and TERRANCE ROSE,                                20 CR 517 (VB)
            Defendants.

------------------------------------------------------------x

      For the reasons stated on the record at today's conference, which was conducted by telephone and attended by defendants and counsel for all parties:

1.     Defendant Byrd's motion for a severance is DENIED. (Doc. #48).

2.     Rule 404(b) evidence shall be disclosed by no later than September 3, 2021.

3.     Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by September 3, 2021. Opposition to any motions in limine shall be filed by September 13, 2021. No replies will be permitted absent prior permission from the Court.

4.     Proposed voir dire and requests to charge shall be filed by September 20, 2021. The parties are encouraged, to the extent possible, to agree on requests to charge.

5.     On the consent of the government, 3500 material and Giglio material shall be produced by September 20, 2021.

6.     Marked government case-in-chief exhibits shall be produced by September 20, 2021.

7.     The final pre-trial conference is scheduled for **September 29, 2021, at 11:00 a.m.** The Court intends to conduct this conference in person.

8.     Jury selection and trial is tentatively scheduled for **October 4, 2021, at 9:30 a.m.**

9.     For the reasons stated on the record today, time is excluded under the Speedy Trial Act in the interest of justice through September 29, 2021.

      The Clerk is instructed to terminate the motion. (Doc. #48).

Dated: June 28, 2021                     SO ORDERED:
       White Plains, NY

                                                     Vincent L. Briccetti, U.S.D.J.