UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :      **ORDER**
v.                                          :
                                            :      20 CR 517-2 (VB)
DORIAN BYRD,                                :      21 CR 441-2 (VB)
          Defendant.                        :
                                            :
--------------------------------------------------------------x

7/21/23

Copies Mailed/Faxed 7/21/23
Chambers of Vincent L. Briccetti
DH

    In a submission dated July 13, 2023, which will be separately docketed, defendant seeks a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2), based on a proposed amendment to the U.S. Sentencing Guidelines. The amendment is not the law, it is only proposed, and in any event it is not clear defendant would receive any benefit from the amendment if it does become the law. Thus, the Court is inclined to deny the motion without prejudice to renewal after the amendment becomes effective.

    Notwithstanding the foregoing, in order to ensure a complete record, by August 4, 2023, the government shall submit a letter response to the motion.

    Chambers will mail a copy of this Order to petitioner at the following address:

Dorian Byrd, Reg. No. 06420-509
FCI Beckley
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WI 25813

Dated: July 21, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge