Case 7:20-cr-00517-VB   Document 148   Filed 02/16/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

2/16/24

| | |
|---|---|
| United States of America<br>v.<br>DORIAN BYRD | Case No: 20 CR 517-2 (VB) and 21 CR 441-2 (VB)<br>USM No: 06420-509 |
| Date of Original Judgment:  01/04/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | James E. Neuman, Esq.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/04/2022  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/16/2024

_____
Judge's Signature

Effective Date: _____
*(if different from order date)*

Vincent L. Briccetti, U.S.D.J.
*Printed name and title*